IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIGUEL MOLINA,** | : | Civil No. 3:23-CV-1111 |
| Plaintiff, | : | **(Chief Judge Brann)** |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **J. RIVELLO, et al.,** | : | |
| Defendants. | : | |

## ORDER

AND NOW this 8th day of May 2024, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED THAT, the plaintiff's motion to compel, (Doc. 21), is DENIED in part and GRANTED in part as follows: Molina's request for wholesale disclosure of these documents is DENIED. However, we will also decline the defendants request to wholly preclude access to this potentially relevant information. Instead, IT IS FURTHER ORDERED that the defendants to submit these documents to the court for its *in camera* review on or before **May 28, 2024**.

*s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

12