IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIGUEL MOLINA,** | : | Civil No. 3:23-CV-1111 |
| Plaintiff, | : | (Chief Judge Brann) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **J. RIVELLO, et al.,** | : | |
| Defendants. | : | |

## ORDER

AND NOW this 6th day of February 2025, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED THAT, the plaintiff's motion for status conference which seeks an update on the status of our *in camera* review of certain documents, (Doc. 41), is GRANTED, in part, in that we are updating Molina on the results of our *in camera* review, but DENIED to the extent that Molina seeks disclosure of these sensitive records.

*s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

11